

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00745-CV

Jennifer A. **LEMMER** and Andrew J. Luck,
Appellants

v.

**SAN FRANCISCO FEDERAL CREDIT UNION**, TK Credit Recovery, Smith & Associates,
Eric Llewellyn Kaasa, and Bret A. Yaple,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI07292
Honorable Stephani A. Walsh, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, appellants' motion to dismiss is
GRANTED, and this appeal is DISMISSED. *See* TEX. R. APP. P. 42.1(a). The parties shall bear
their own appellate costs. *See id.* 42.1(d).

SIGNED July 3, 2019.

_____
Irene Rios, Justice